DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
LINDSAY C. DEMAREE
Nevada Bar No. 11949
LDemaree@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Defendant*
*Property and Casualty Company of Hartford*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY A. DEGUARA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, an Indiana entity; and DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:11-cv-01973-KJD-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

Property and Casualty Insurance Company of Hartford hereby authorizes and consents to the substitution of the Law Offices of Melissa P. Harris as its attorney of record in the above-entitled action.

Dated this 27 day of November, 2012.

PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD

By: _/s/_____

Its: _Claims Consultant_

-1-

1  The Law Offices of Melissa P. Harris hereby approves and consents to its substitution as attorney of record for Property and Casualty Insurance Company of Hartford in the place and stead of the law firm of Lewis and Roca LLP in the above-entitled action.

DATED this 26 day of November, 2012.

LAW OFFICES OF MELISSA P. HARRIS

BY: _____
ERIC R. LARSEN
Nevada Bar No. 9423
750 E. Warm Springs Road, Suite 320
Las Vegas, NV 89119

The law firm of Lewis and Roca LLP hereby approves the substitution of the Law Firm of Melissa P. Harris in its place and stead as attorney of record for Property and Casualty Insurance Company of Hartford in the above-entitled action.

DATED this 27 day of November, 2012.

LEWIS AND ROCA LLP

BY: _____
DARREN T. BRENNER
Nevada Bar No. 8386
LINDSAY C. DEMAREE
Nevada Bar No. 11949
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

**ORDER**

IT IS SO ORDERED.

DATED: _December 3, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

-2-